AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:19-MJ-05228 | Date and time warrant executed: 12/10/19   10:00 a.m. | Copy of warrant and inventory left with: Alexis Vargas |
| Inventory made in the presence of: Special Agent Thomas |||
| Inventory of the property taken and name of any person(s) seized: <br><br> • 2 digital pocket scales <br> • Suspected Cocaine <br> • Suspected counterfeit pills |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/10/2019

_Josh Gilliano_
Executing officer's signature

Josh Gilliano, Special Agent
Printed name and title